2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**NOV 2 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN HERNANDEZ EGUIA | * | |
| VS | * | C.A. NO. B-01-187 |
| | | (Cr. No. B-00-169) |
| UNITED STATES OF AMERICA | * | |

## O R D E R

The Clerk of Court is hereby ORDERED to return to Petitioner the Motion for Leave to Proceed in Forma Pauperis and Declaration of Request to Proceed in Forma Pauperis so that the certificate in the Declaration can be executed by the authorized officer of the institution.

DONE at Brownsville, Texas, on this 16th day of November 2001.

Felix Recio
United States Magistrate Judge