3

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~NORTHERN~~ *Southern* DISTRICT OF TEXAS
*Brownsville* Division

United States District Court
Southern District of Texas
FILED

DEC 2 6 2001

Michael N. Milby
Clerk of Court

JUAN Hernandez Equia
PLAINTIFF

vs.

USA
DEFENDANT

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

CAB-01-187

I, JUAN Hernandez Equia, declare, depose, and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ☐ No ☐

    a. If you answered **YES**, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    _____

    b. If you answered **NO**, state the date of last employment and the amount of the salary and wages per month which you received.

    1997  Auto Detail
    $400 $450 mthly

    _____

CONTINUED ON NEXT PAGE

2. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  Yes ☐  No ☐
   b. Rent payments, interest or dividends?  Yes ☐  No ☐
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☐
   d. Gifts or inheritances?  Yes ☐  No ☐
   e. Any other sources?  Yes ☐  No ☐

   If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   _____

   _____

3. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☑   No ☐

   If you answered **YES**, state the total value of the items owned.

   $50 - $60 _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐   No ☑

   If you answered **YES**, describe the property and state its approximate value.

   _____

   _____

- 2 -  CONTINUED ON NEXT PAGE

*JUAN Eguia*
*VS - USA*

*CA B-01-187*

(a) If so, give name and location of court which imposed sentence to be served in the future:

_____
_____

(b) And give date and length of sentence to be served in the future:

_____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐ Yes   ☒ No

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

_____
Firm Name

_____
Address

_____
City, State & Zip Code

_____
Telephone (including area code)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

*Juan Eguia Hernandez*
Signature of Movant

5. List the persons who are dependent upon you for support; state your relationship to those persons (father, mother, spouse, etc.); and indicate how much you contribute toward their support.

_____

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this __11__ day of __Oct_____, 19__2002__.

_____
Signature of Plaintiff

---

I hereby certify that the plaintiff herein has the sum of $ _____ on account to his/her credit at the _____ institution where he/she is confined.

I further certify that the plaintiff likewise has the following securities to his/her credit according to the records of said _____ institution:

_____
_____

_____
Authorized Officer of Institution

- 3 -

```
CSINIB02/CINIB02       TEXAS DEPARTMENT OF CRIMINAL JUSTICE            12/18/01
SM26/SIG8131               IN-FORMA-PAUPERIS DATA                      12:37:21
TDCJ#: 00825605 SID#: 03886906 LOCATION: SMITH         INDIGENT DTE: 12/14/01
NAME: EGUIA, JUAN HERNANDEZ                 BEGINNING PERIOD: 06/01/01
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.79 TOT HOLD AMT:          0.00 3MTH TOT DEP:     201.70
6MTH DEP:          326.70 6MTH AVG BAL:         11.75 6MTH AVG DEP:      56.12
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
11/01      70.09            71.70      08/01      55.13            55.00
10/01      60.23            60.00      07/01      45.63            45.00
09/01      70.08            70.00      06/01      54.78            35.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Dawson_
ON THIS THE _18_ DAY OF _December 2001_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

CAUSE # CA-B-01-187

KENNETH W. GROSSHANS
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 03-06-2005