4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

JUAN HERNANDEZ EGUIA                    *

   VS                                   *    C.A. NO.  B-01-187

UNITED STATES OF AMERICA                *    (Cr. No. B-00-169)


# O R D E R


   The Application to Proceed in Forma Pauperis is hereby **GRANTED**.  Let the

Applicant proceed without prepayment of cost or fees or the necessity of giving

security therefor.

   The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C.

Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before

**March 6,  2002**.  Said response shall include the transcript of the trial/plea record.

   DONE at Brownsville, Texas, this 4th  day of January 2002.



                                        Felix Recio
                                 United States Magistrate Judge