## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ EQUIA<br>    Petitioner, | *<br>*<br>* | |
| vs. | *<br>* | CIVIL ACTION No. B-01-187<br>(Criminal No. B-00-169) |
| UNITED STATES OF AMERICA,<br>    Respondent. | *<br>* | |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, respectfully requests the Court for an enlargement of time. Specifically, Respondent seeks an additional thirty (30) days in which to respond to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody which said response is due on March 6, 2002.

In support of this request, the United States submits that on February 5, 2002, it requested from the court reporter copies of the transcripts of the re-arraignment and sentencing proceedings in the criminal case and it is still currently awaiting receipt of those transcripts which are necessary to review to properly and adequately address Petitioner's issues as set forth in his §2255 motion. In addition, the undersigned will be out-of-state the week of March 4, 2002. As such, the undersigned will need additional time in which to submit an answer.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its extension of time for an additional thirty (30) days in which to respond to Petitioner's motion.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Motion for Extension of Time to File Response to Petitioner's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Opposition Unknown) was mailed via certified mail, return-receipt requested to Juan Hernandez Eguia (No. 8256-065), 1313 Country Road 19, La Mesa, TX 79331 on this the 26 day of FEBRUARY, 2002.

_____
MARK M. DOWD
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ EQUIA, <br> Petitioner, | * <br> * <br> * | |
| vs. | * <br> * | CIVIL ACTION No. B-01-187 <br> (Criminal No. B-00-169) |
| UNITED STATES OF AMERICA, <br> Respondent. | * <br> * | |

## ORDER GRANTING UNITED STATES' MOTION FOR AN EXTENSION TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on _____, 2002.

DONE on this the ____ day of _____, 2002 in Brownsville, Texas.

_____
FELIX RECIO
United States Magistrate Judge