

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN HERNANDEZ EQUIA<br>Petitioner, | *<br>*<br>* | |
| vs. | * | CIVIL ACTION No. B-01-187 |
| | * | (Criminal No. B-00-169) |
| UNITED STATES OF AMERICA,<br>Respondent. | *<br>* | |

## ORDER GRANTING UNITED STATES' MOTION FOR AN EXTENSION TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on March 28, 2002.

DONE on this the 28th day of February, 2002 in Brownsville, Texas.

FELIX RECIO
United States Magistrate Judge