United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ EGUIA | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-01-187 |
| | * | (Criminal No. B-00-169) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

### UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, respectfully files this its second motion for extension of time to file response to Petitioner's motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody.

In support of this second motion for extension, the Government submits that on February 5, 2002, it requested from the court reporter copies of the transcripts of the re-arraignment and sentencing proceedings in the criminal case. To date, the Government has not yet received the transcripts, as such, the undersigned will need additional time in which to submit an answer.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its second motion for extension of time for an additional thirty (30) days in which to respond to Petitioner's motion.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Second Motion for Extension of Time to File Response to Petitioner's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Opposition Unknown) was mailed via certified mail, return-receipt requested to Juan Hernandez Eguia (No. 8256-065), 1313 Country Road 19, La Mesa, TX 79331 on this the __2__ day of APRIL, 2002.

_____
MARK M. DOWD
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN HERNANDEZ EGUIA<br>Petitioner, | *<br>*<br>* |
| vs. | *   CIVIL ACTION No. B-01-187<br>*   (Criminal No. B-00-169) |
| UNITED STATES OF AMERICA,<br>Respondent. | *<br>* |

## ORDER GRANTING UNITED STATES' SECOND MOTION FOR AN EXTENSION TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on _____, 2002.

DONE on this the ___ day of _____, 2002 in Brownsville, Texas.

_____
FELIX RECIO
United States Magistrate Judge