United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

JUAN HERNANDEZ EGUIA,           §
Petitioner,                     §
                                §
v.                              §    CIVIL ACTION NO. B-01-187
                                §    CRIMINAL NO. B-00-169
UNITED STATES OF AMERICA,       §
Respondent.                     §

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas this 29 day of _____, 2002.

Hilda Tagle
United States District Judge

9